UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand and fourteen,

_____

Magnuson v. Newman

.

_____

ORDER
Docket No. 14-3272

By notice filed December 18, 2014, Appellant Stage Presence Incorporated, advised this Court that they filed a bankruptcy proceeding with the United States Bankruptcy Court for the District of Southern District of New York on April 16, 2012.

In accordance with the United States Bankruptcy Code § 362, 11.U.S.C. § 362,

IT IS HEREBY ORDERED that this appeal is stayed.

Appellant Stage Presence Incorporated, is directed to inform this Court, in writing, as to the status of the automatic stay, within 14 days of the date of this order, thereafter at 30-day intervals, and immediately when the stay is lifted or when there are other developments in the bankruptcy proceeding which permit this matter to proceed or otherwise be resolved.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/19/2014