United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 27, 2015
Docket #: 14-3272cv
Short Title: Magnuson v. Newman

DC Docket #: 10-cv-6211
DC Court: SDNY (NEW YORK CITY)
DC Judge: Maas
DC Judge: Furman

# NOTICE OF REQUIRED CASE STATUS UPDATE

The above-referenced case has been stayed or otherwise held pending developments in other proceedings.

The Court's Initial Notice of Stay of Appeal directed Appellant to inform the Court in 30-day intervals, in writing, as to the status of the proceedings upon which the instant case relies. In addition, the Appellant must advise this Court within 14 days after the other proceedings are decided, or if other developments occur in the proceedings that permit this matter to go forward and/or be resolved.

Inquiries regarding this case may be directed to 212-857-8612.